B1 (Official Form 1) (12/11)

| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**PARK SIDE ESTATES, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): **20-0848458** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**202 GRANDVIEW AVENUE**<br>**MONSEY, New York**<br>ZIP CODE **10952** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**ROCKLAND** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**143-159 CLASSON AVENUE, BROOKLYN, NEW YORK** ZIP CODE **11205** | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☒ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7<br>☐ Chapter 9<br>☒ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br><br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | Tax-Exempt Entity<br>(Check box, if applicable.)<br><br>☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts<br>(Check **one** box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ☒ Debts are primarily business debts. |
|---|---|---|

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☒ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br><br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1) (12/11)     Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): **PARK SIDE ESTATES, LLC** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location Where Filed: **NONE** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor: **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
Signature of Attorney for Debtor(s)     (Date)

### Exhibit C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☐ No.

### Exhibit D
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (12/11) — Page 3

| Voluntary Petition *(This page must be completed and filed in every case.)* | Name of Debtor(s): **PARK SIDE ESTATES, LLC** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X _[signed]_
Signature of Attorney for Debtor(s)
**A. MITCHELL GREENE**
Printed Name of Attorney for Debtor(s)
**See Attachment 1**
Firm Name
**875 THIRD AVENUE, 9TH FLOOR
NEW YORK, New York 10022**
Address
**(212) 603-6300**
Telephone Number
2/7/13
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _[signed]_
Signature of Authorized Individual
**MOSHE JUNGER**
Printed Name of Authorized Individual
**MANAGING MEMBER**
Title of Authorized Individual
2/7/13
Date

# Attachment

**Attachment 1**
ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re:                                                                              Chapter 11

**PARK SIDE ESTATES, LLC,**                                         Case No.:

                              Debtor.
-----------------------------------------------------------X

## AFFIRMATION PURSUANT TO LOCAL BANKRUPTCY RULE 1007-3

**MOSHE JUNGER,** affirms the following:

1. I am the Managing Member of **PARK SIDE ESTATES, LLC** (the "Debtor"). I am fully familiar with the facts set forth herein, and am authorized to make this Affirmation on behalf of the Debtor.

2. The Debtor owns the real property and improvements located at 143-159 Classon Avenue, Brooklyn, New York, which are improved by two buildings with 37 residential units, commercial units and parking (the "Properties").

3. No pre-petition committee was organized prior to the Order for relief.

4. The Secured Creditors of the Debtor are as follows:

COMMUNITY PRESERVATION CORPORATION ("CPC")
28 EAST 28TH STREET
9TH FLOOR
NEW YORK, NEW YORK 10016

CONSOLIDATED BRICK & BUILDING SUPPLIES,
650 BODWELL STREET EXTENSION
AVON, MASSACHUSETTS 02322

CONTACT ELECTRIC CORP.
3561 12TH AVENUE

{00608545.DOC;1 }

2ND FLOOR
BROOKLYN, NEW YORK 11218

DONATIVE CONCRETE, INC.
121 BERKSHIRE DRIVE
FARMINGVILLE, NEW YORK 11748

ENVIRONMENTAL CONTROL BOARD OF THE CITY
66 JOHN STREET
NEW YORK, NEW YORK 10038

LUXURY DESIGN INC.
193 WILLIAMSBURG STREET WEST
LOWER LEVEL
BROOKLYN, NEW YORK 11211

M&O IRON WORKS INC.
1516 SCHENECTADY AVENUE
BROOKLYN, NEW YORK  11203

MIDWOOD LUMBER & MILLWORK INC.
C/O BORIS MOTOVICH
1100 CONEY ISLAND AVENUE
BROOKLYN, NEW YORK 11230

5. The names and addresses of the twenty largest unsecured creditors, excluding insiders, appears on Schedule "A" to this Affidavit.

6. To the best of my knowledge, the only suits or proceedings pending against the Petitioner are as follows:

COMMUNITY PRESERVATION CORP. vs. PARK SIDE ESTATES LLC, ET. AL. – Supreme Court of the State of New York – Kings County – Index No. 29529/2010

DONATIVE CONCRETE V. PARK SIDE ESTATES LLC – Supreme Court of the State of New York – Kings County – Index No. 00476/2012

PARK SIDE ESTATES, ET. AL. V. THE COMMUNITY PRESERVATION CORPORATION - Supreme Court of the State of New York – Rockland County

7. The Debtor's principal assets are the Properties and causes of action against CPC.

8. The purpose of filing this petition is to preserve the assets of the Debtor for the benefit of the creditors and equity holders, and to preserve priorities of creditors.

9. The estimated amount of payroll due to the Debtor's employees, excluding officers, for a period of thirty days following the filing of the petition is $0.

10. The estimated budget operating expenses of the Debtor for the next thirty days are being determined at this time and the budget will be filed shortly.

11. The Debtor's financial difficulties were caused by CPC's breach of contract that prevented completion of construction of the Properties and a judgment of foreclosure entered in favor of CPC.

_____
MOSHE JUNGER – MANAGING MEMBER

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: **PARK SIDE ESTATES, LLC**

Debtors

Case No. _____

Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated: 2/7/13

Signed: _MOSHE JUNGER_

Dated: _____

Signed: _____

Signed: _____
**A. MITCHELL GREENE**
Attorney for Debtor(s)
Bar no.:
875 THIRD AVENUE, 9TH FLOOR
NEW YORK, New York 10022

Telephone No.: (212) 603-6300
Fax No.:
E-mail address:

```
ABRAHAM GLUCK
143 CLASSON AVENUE
APT 1-D
BROOKLYN, NY 11205


ABRAHAM GLUCK
189 LEE AVENUE
BROOKLYN, NY 11211


ASHER GLUCK
143 CLASSON AVENUE
APT 3-D
BROOKLYN, NY 11205


ASHER GLUCK
137 RUTLEDGE STREET
BROOKLYN, NY 11211


CHAIM EIGNER
143 CLASSON AVENUE
APT 2-A
BROOKLYN, NY 11205


CHAIM EIGNER
158 RUTLEDGE STREET
BROOKLYN, NY 11211


COMMUNITY PRESERVATION CORPORATION
28 EAST 28TH STREET
9TH FLOOR
NEW YORK, NY 10016


CONSOLIDATED BRICK & BUILDING SUPPLIES,
650 BODWELL STREET EXTENSION
AVON, MA 02322
```

```
CONTACT ELECTRIC CORP.
3561 12TH AVENUE
2ND FLOOR
BROOKLYN, NY 11218


CONTACT ELECTRIC CORP.
1274 49TH STREET
SUITE 65
BROOKLYN, NY 11219


DONATIVE CONCRETE, INC.
121 BERKSHIRE DRIVE
FARMINGVILLE, NY 11748


ENVIRONMENTAL CONTROL BOARD OF THE CITY
66 JOHN STREET
NEW YORK, NY 10038


EZRIEL TAUBER
143 CLASSON AVENUE
APT 1-B
BROOKLYN, NY 11205


EZRIEL TAUBER
185 WALLABOUT STREET
BROOKLYN, NY 11206


HILLEL HERSHKOWITZ
143 CLASSON AVENUE
APT 1-C
BROOKLYN, NY 11205


HILLEL HERSHKOWITZ
57 FRANKLIN AVENUE
APT 5-A
BROOKLYN, NY 11205


INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19114
```

```
ISSAC KOHN
143 CLASSON AVENUE
APT 2-C
BROOKLYN, NY 11205


ISSAC KOHN
190 ROSS STREET
APT 1-B
BROOKLYN, NY 11211


JOEL MEISELS
51 ROSS STREET
APT 7-F
BROOKLYN, NY 11249


JOEL MIESELS
143 CLASSON AVENUE
APT 1-A
BROOKLYN, NY 11205


JOSEPH HOFFMAN
143 CLASSON AVENUE
APT 2-B
BROOKLYN, NY 11205


JOSEPH HOFFMAN
42 SKILLMAN STREET
APT 3-R
BROOKLYN, NY 11205


LUXURY DESIGN INC.
193 WILLIAMSBURG STREET WEST
LOWER LEVEL
BROOKLYN, NY 11211


LUXURY DESIGN, INC.
240 BROADWAY
BROOKLYN , NY 11211


M&O IRON WORKS INC.
1516 SCHENECTADY AVENUE
BROOKLYN, NEW YORK  11203
```

```
MIDWOOD LUMBER & MILLWORK INC.
C/O BORIS MOTOVICH
1100 CONEY ISLAND AVENUE
BROOKLYN, NY 11230


MOSES FISHMAN
143 CLASSON AVENUE
APARTMENT 4-D
BROOKLYN, NY 11205


MOSES FISHMAN
C/O EIDOREFER
90 ROSS STREET
APARTMENT 6-E
BROOKLYN, NY 11211


MOSES ROSNER
24 TAYLOR STREET
BROOKLYN, NY 11249


MOSHE MOSKOVICS
143 CLASSON AVENUE
APARTMENT 3-C
BROOKLYN, NY 11205


MOSHE MOSKOVICS
274 PENN STREET
BROOKLYN, NY 11211


NEW YORK STATE DEPARTMENT OF FINANCE
BANKRUPTCY/SPECIAL PROCEDURES SECTION
 P.O. BOX 5300
ALBANY, NY 12205-0300


NYC DEPARTMENT OF FINANCE
ATTN: LEGAL AFFAIRS - DEVORA COHN
345 ADAMS STREET, 3RD FL
BROOKLYN, NY 11201


NYC WATER BOARD
PO BOX 410
NEW YORK, NY 10008-0410
```

NYS UNEMPLOYMENT INSURANCE FUND
P.O. BOX 551
ALBANY, NY 12201


RAYMOND HANNIGAN
HERRICK FEINSTEIN LLP
TWO PARK AVENUE
NEW YORK, NY 10016


SOLOMON SILBERSTEIN
143 CLASSON AVENUE
APT 2-D
BROOKLYN, NY 11205


SOLOMON SILBERSTEIN
287 DIVISION AVENUE
APT 1-C
BROOKLYN, NY 11211


UNITED STATES ATTORNEY'S OFFICE (SOUTHER
ATTN: TAX & BANKRUPTCY UNIT
86 CHAMBERS STREET, THIRD FLOOR
NEW YORK, NY 10007


YEHUDA EPSTEIN
143 CLASSON AVENUE
APARTMENT 3-B
BROOKLYN, NY 11205


YEHUDA EPSTEIN
81 DIVISION AVENUE
BROOKLYN, NY 11211


YITZCHOK FISH
143 CLASSON AVENUE
APARTMENT 4-C
BROOKLYN, NY 11205


YITZCHOK FISH
270 MARCY AVENUE
BROOKLYN, NY 11211